**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kelly Ann King-McDonald,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>　　　　　Defendant. | No. CV-19-00086-TUC-EJM<br><br>**ORDER** |

　　　　Plaintiff, Kelly Ann King-McDonald, and Defendant, Andrew M. Saul, Commissioner of Social Security, have jointly stipulated that the Court award Plaintiff $5,154.06 (five thousand, one hundred and fifty-four dollars and six cents) in attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).

　　　　The Court, having considered the joint stipulation, hereby **grants** the parties' Joint Stipulation (Doc. 24) and **orders** that the Defendant pay Plaintiff $5,154.06 in EAJA fees under 28 U.S.C. § 2412(d).

　　　　**It is further ordered** that if, after receiving the Court's EAJA fee order, the Defendant determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, the fees will be made payable to Plaintiff's attorney, Meghan McNamara Miller. However, if there is a debt owed that is subject to offset under the Treasury Offset Program, the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney, Meghan McNamara Miller.

Dated this 25th day of August, 2020.

_____
Eric J. Markovich
United States Magistrate Judge